THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDMUND SILEO, Appellant.

Argued October 20, 1942; decided December 3, 1942.

*Harry G. Anderson* and *Samuel Bader* for appellant.

*Thomas Cradock Hughes*, Acting District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.